# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-01287-SEG |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants U.S. Food and Drug Administration; U.S. Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of Health and Human Services; and Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, respectfully move for an order entering summary judgment in their favor and denying Plaintiff's motion for summary judgment. The grounds for this motion are fully set forth in the accompanying memorandum.

September 12, 2024

OF COUNSEL:

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

<div style="column: left">

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and Human Services

WENDY VICENTE
Deputy Chief Counsel, Litigation

ELIZABETH NORFORD
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.
White Oak 31
Silver Spring, MD 20993-0002

</div>

<div style="column: right">

BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director, Civil Litigation

HILARY K. PERKINS
Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
D.C. Bar No. 1006053
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov

*Counsel for Defendants*

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

September 12, 2024                                            */s/ Noah T. Katzen*
                                                                                      Noah T. Katzen